IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVIN RAYE MUSTACHE,

    Plaintiff,

    v.

Case No. 20-cv-403-bbc

BARRON COUNTY JAIL STAFF, ALLIE,
HAILEY, KELLY DIVINE, AND AMY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                06/04/2020
Peter Oppeneer, Clerk of Court                  Date